# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOSEPH B. JENSEN, SR.,<br>*Plaintiff*<br>v.<br>JOSEPH R. BIDEN, JR., et al,<br>*Defendant* | Civil Action No. 4:21-CV-5119-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  State Defendant Jay Inslee's Motion for Judgment on the Pleadings (ECF No. 43) is GRANTED. Despite being granted leave to do so, Plaintiff failed to amend his complaint. Therefore, all Federal Defendants are now DISMISSED from this action.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on State Defendant Jay Inslee's Motion for Judgment on the Pleadings (ECF No. 43)

Date: January 7, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry